TM:NMA:NS
F. #2016R01322

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

EUGENIO PEREZ,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
CLERK

2017 MAY 24 PM 3: 54

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

I N D I C T M E N T

Cr. No. **CR 17 280**
(T. 18, U.S.C., §§ 242, 2241(a)(1),
2242(1), 2243(b), 2244(a)(4) and 3551
et seq.)

**MATSUMOTO, J.**

**LEVY, M.J.**

THE GRAND JURY CHARGES:

INTRODUCTION TO ALL COUNTS

At all times relevant to this Indictment, unless otherwise indicated:

1.      The defendant EUGENIO PEREZ was employed by the Federal Bureau of Prisons ("BOP") as a Lieutenant and was assigned to the Metropolitan Detention Center ("MDC"), a BOP facility, in Brooklyn, New York.

2.      On or about September 2, 2016, Jane Doe #1, an individual whose identity is known to the Grand Jury, was incarcerated at the MDC as a sentenced federal prisoner.

3.      On or about September 2, 2016, Jane Doe #2, an individual whose identity is known to the Grand Jury, was incarcerated at the MDC as a sentenced federal prisoner.

4.      In or about and between May 2016 and July 2016, both dates being approximate and inclusive, Jane Doe #3, an individual whose identity is known to the Grand Jury, was incarcerated at the MDC as a sentenced federal prisoner.

5.      In or about April 2016, Jane Doe #4, an individual whose identity is known to the Grand Jury, was incarcerated at the MDC as a sentenced federal prisoner.

6.      On or about and between January 1, 2013 and December 10, 2013, both dates being approximate and inclusive, Jane Doe #5, an individual whose identity is known to the Grand Jury, was incarcerated at the MDC as a pre-trial detainee.

## COUNT ONE
(Deprivation of Civil Rights – Jane Doe #1)

7.      Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

8.      On or about September 2, 2016, within the Eastern District of New York, the defendant EUGENIO PEREZ, while acting under color of the laws of the United States, did knowingly and willfully deprive Jane Doe #1 of a right and privilege secured and protected by the Constitution and laws of the United States, to wit: the right to be free from cruel and unusual punishment, which includes the right to be free from aggravated sexual abuse by one acting under color of law, by causing Jane Doe #1 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), to wit: the penetration of the genital opening of another by a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, by using force against Jane Doe #1.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

## COUNT TWO
### (Aggravated Sexual Abuse – Jane Doe #1)

9.    Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

10.    On or about September 2, 2016, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant EUGENIO PEREZ did knowingly and intentionally cause Jane Doe #1 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), to wit: the penetration of the genital opening of another by a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, by using force against Jane Doe #1.

(Title 18, United States Code, Sections 2241(a)(1) and 3551 et seq.)

## COUNT THREE
### (Sexual Abuse – Jane Doe #1)

11.    Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

12.    On or about September 2, 2016, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant EUGENIO PEREZ did knowingly and intentionally cause Jane Doe #1 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), to wit: the penetration of the genital opening of another by a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, by threatening and placing Jane Doe #1 in fear.

(Title 18, United States Code, Sections 2242(1) and 3551 et seq.)

## COUNT FOUR
(Sexual Abuse of a Ward – Jane Doe #1)

13.     Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

14.     On or about September 2, 2016, within the Eastern District of New York, the defendant EUGENIO PEREZ did knowingly and intentionally engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), to wit: the penetration of the genital opening of another by a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, with Jane Doe #1, who was in official detention at a Federal prison, to wit: the Metropolitan Detention Center in Brooklyn, New York, and who was under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2243(b) and 3551 et seq.)

## COUNT FIVE
(Deprivation of Civil Rights – Jane Doe #1)

15.     Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

16.     On or about September 2, 2016, within the Eastern District of New York, the defendant EUGENIO PEREZ, while acting under color of the laws of the United States, did knowingly and willfully deprive Jane Doe #1 of a right and privilege secured and protected by the Constitution and laws of the United States, to wit: the right to be free from cruel and unusual punishment, which includes the right to be free from aggravated sexual abuse by one acting under color of law, by causing Jane Doe #1 to engage in a sexual act, as

defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, by using force against Jane Doe #1.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

## COUNT SIX
(Aggravated Sexual Abuse – Jane Doe #1)

17.    Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

18.    On or about September 2, 2016, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant EUGENIO PEREZ did knowingly and intentionally cause Jane Doe #1 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, by using force against Jane Doe #1.

(Title 18, United States Code, Sections 2241(a)(1) and 3551 et seq.)

## COUNT SEVEN
(Sexual Abuse – Jane Doe #1)

19.    Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

20.    On or about September 2, 2016, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant EUGENIO PEREZ did knowingly and intentionally cause Jane Doe #1 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, by threatening and placing Jane Doe #1 in fear.

(Title 18, United States Code, Sections 2242(1) and 3551 et seq.)

## COUNT EIGHT
### (Sexual Abuse of a Ward – Jane Doe #1)

21.    Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

22.    On or about September 2, 2016, within the Eastern District of New York, the defendant EUGENIO PEREZ did knowingly and intentionally engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, with Jane Doe #1, who was in official detention at a Federal prison, to wit: the Metropolitan Detention Center in Brooklyn, New York, and who was under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2243(b) and 3551 et seq.)

## COUNT NINE
### (Deprivation of Civil Rights – Jane Doe #2)

23.    Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

24.    On or about September 2, 2016, within the Eastern District of New York, the defendant EUGENIO PEREZ, while acting under color of the laws of the United States, did knowingly and willfully deprive Jane Doe #2 of a right and privilege secured by the Constitution and laws of the United States, to wit: the right to be free from cruel and unusual punishment, which includes the right to be free from aggravated sexual abuse by one acting under color of law, by causing Jane Doe #2 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, by using force against Jane Doe #2.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

## COUNT TEN
(Aggravated Sexual Abuse – Jane Doe #2)

25.     Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

26.     On or about September 2, 2016, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant EUGENIO PEREZ did knowingly and intentionally cause Jane Doe #2 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, by using force against Jane Doe #2.

(Title 18, United States Code, Section 2241(a)(1) and 3551 et seq.)

## COUNT ELEVEN
(Sexual Abuse – Jane Doe #2)

27.     Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

28.     On or about September 2, 2016, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant EUGENIO PEREZ did knowingly and intentionally cause Jane Doe #2 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, by threatening and placing Jane Doe #2 in fear.

(Title 18, United States Code, Section 2242(1) and 3551 et seq.)

## COUNT TWELVE
(Sexual Abuse of a Ward – Jane Doe #2)

29.     Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

30.    On or about September 2, 2016, within the Eastern District of New York, the defendant EUGENIO PEREZ did knowingly and intentionally engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, with Jane Doe #2, who was in official detention at a Federal prison, to wit: the Metropolitan Detention Center in Brooklyn, New York, and who was under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2243(b) and 3551 et seq.)

## COUNT THIRTEEN
(Abusive Sexual Contact – Jane Doe #3)

31.    Paragraphs 1 through 6 are hereby realleged and incorporated by reference as though fully set forth in this paragraph.

32.    In or about and between May 2016 and June 2016, both dates being approximate and inclusive, within the Eastern District of New York, the defendant EUGENIO PEREZ did knowingly and intentionally engage in sexual contact, as defined in Title 18, United States Code, Section 2246(3), to wit: the intentional touching through the clothing of the breast and buttocks of any person with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, with Jane Doe #3, who was in official detention at a Federal prison, to wit: the MDC, and who was under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2244(a)(4) and 3551 et seq.)

## COUNT FOURTEEN
(Sexual Abuse of a Ward – Jane Doe #3)

33.    Paragraphs 1 through 6 are hereby realleged and incorporated as though fully set forth in this paragraph.

34.    In or about July 2016, within the Eastern District of New York, the defendant EUGENIO PEREZ did knowingly and intentionally engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, with Jane Doe #3, who was in official detention at a Federal prison, to wit: the MDC, and who was under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2243(b) and 3551 et seq.)

## COUNT FIFTEEN
(Sexual Abuse – Jane Doe #4)

35.    Paragraphs 1 through 6 are hereby realleged and incorporated as though fully set forth in this paragraph.

36.    In or about April 2016, within the Eastern District of New York and in a Federal prison, to wit: the MDC, the defendant EUGENIO PEREZ did knowingly and intentionally cause Jane Doe #4 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), to wit: contact between the mouth and the penis, by threatening and placing Jane Doe #4 in fear.

(Title 18, United States Code, Sections 2242(1) and 3551 et seq.)

## COUNT SIXTEEN
(Attempted Sexual Abuse of a Ward – Jane Doe #5)

37.    Paragraphs 1 through 6 are hereby realleged and incorporated as though fully set forth in this paragraph.

38.    In or about and between January 1, 2013 and December 10, 2013, both dates being approximate and inclusive, within the Eastern District of New York, the defendant EUGENIO PEREZ did knowingly and intentionally attempt to engage in a sexual

act, as defined by Title 18, United States Code, § 2246(2)(B), to wit: contact between the

mouth and the penis, with Jane Doe #5, who was in official detention at a Federal prison, to

wit: the MDC, and under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2243(b) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2016R01322

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*EUGENIO PEREZ,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 242, 2241(a)(1), 2242(1), 2243(b), 2244(a)(4) and 3551 et seq.)

*A true bill.*

_____ *Foreperson*

*Filed in open court this* _____ *day.*

*of* _____ *A.D. 20* _____

_____ *Clerk*

*Bail, $* _____

_____

*Nadia I. Shihata, Assistant U.S. Attorney (718) 254-6295*